# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

FARIDA AHMAD,                    ) Case No. CV 09-3323-TJH (JWJ)
              Petitioner,     ) **ORDER TO SHOW CAUSE**
     vs.                          )
AMELIA SAUNDERS, ET AL.          )
            Respondent.     )
_____ )

     Based upon the petition filed herein and good cause appearing:

     **IT IS HEREBY ORDERED** that respondent or respondent's counsel file an Answer with the Court within 23 days of the date of this Order to Show Cause, why a writ of habeas corpus should not be issued.  Respondent shall also file a <u>certified</u> copy of the complete Administrative Record at issue.

     **IT IS FURTHER ORDERED** that the Clerk of this Court forthwith serve a copy of this Order upon respondent by (a) serving a copy of the petition and of this Order upon the United States Attorney for the Central District of California and (b) serving a copy of this Order upon the Petitioner.  Respondent

1

1  or his counsel shall serve a copy of the Answer upon petitioner prior to the filing

2  thereof.  Petitioner has 20 days from the date of receipt of the Answer in which

3  to file his Traverse.

4  DATED:  June 2, 2009

5

6                                              _____/s/_____

7                                              JEFFREY W. JOHNSON
                                               United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28